ACCEPTED
03-14-00065-CR
4461829
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:33:23 PM
JEFFREY D. KYLE
CLERK



# Kirk Hawkins
### ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:33:23 PM
JEFFREY D. KYLE
Clerk

March 11, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:    Case Number 03-14-00065-CR; Julie Ann Martinez, Appellant v. The State
of Texas, Appellee

Dear Sir or Madam:

Attached please find a copy of my letter dated March 3, 2015 to Appellant Julie Ann Martinez
wherein I provided Ms. Martinez with a copy of the opinion and judgment of the Court, along
with notification of her right to file a pro se petition for discretionary review under Rule 68.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosure



# Kirk Hawkins

### ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

March 3, 2015

Julie Ann Martinez
2109 Stanton
San Angelo, Texas 76901

RE:     Case No. 03-14-00064-CR and 03-14-00065-CR; Julie Ann Martinez,
        Appellant v. The State of Texas, Appellee

Dear Ms. Martinez:

Enclosed for your records please find a copy of the Opinion and Judgment which was
rendered by the Court of Appeals which affirms the trial court's decision. Please be
advised that you may appeal your case further by filing a petition for discretionary review
in the Court of Criminal Appeals. This petition must be filed within thirty (30) days of
the Court of Appeals' decision. My right to represent you on appeal does not include an
appointment to pursue a Petition for Discretionary Review.

Please contact me if you have any questions.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .69 |
| Certified Fee | 330 |
| Return Receipt Fee (Endorsement Required) | 270 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.69 |

Postmark Here

3-3-15

Sent To _Julie Ann Martinez_
Street & Apt. No., or PO Box No. _2109 Stanton_
City, State, ZIP+4 _San Angelo TX 76901_

7014 2870 0001 9044 3325

PS Form 3800, July 2014                See Reverse for Instructions